IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DANIEL BARTHOLOMEW CLARK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:17-CV-409-WKW |
| | ) | [WO] |
| PHIL BRYANT, *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

On February 6, 2018, the Magistrate Judge filed a Recommendation (Doc. # 35) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 35) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to follow the orders of the court.

A final judgment will be entered separately.

DONE this 6th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE